Otter Products, LLC, et al.  v. The Partnerships and Unincorporated Associations Identified on
Schedule "A"
Case No. 17-cv-06009

# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | Dongguan Chengchun Electronic Tech Co., Ltd. |
| 2 | Dongguan Pengxiang Plastic Mold Product Co., Ltd. |
| 3 | Guangzhou Apex Electronic Technology Co., Limited |
| 4 | Guangzhou Ixiangzhe Leather Case Co., Ltd. |
| 5 | Guangzhou Qialino Trading Co., Ltd. |
| 6 | Shenzhen Jencent Electronics Technology Co., Ltd. |
| 7 | Shenzhen Xin Hongli Plastic Electronics Co., Ltd. |
| 8 | KINGCASE (HK) TECHNOLOGY CO., LIMITED |
| 9 | 2012buy-from-us |
| 10 | 8cn6365 |
| 11 | chellin2014 |
| 12 | digitalzone88 |
| 13 | gimipower |
| 14 | goodluckybead |
| 15 | greensummon_v |
| 16 | greenworld2014 |
| 17 | hotgadgetbay |
| 18 | irene918 |
| 19 | jiande25 |
| 20 | kakyo2016 |
| 21 | kingwholestore |
| 22 | lbsphone |
| 23 | lifeng2017z_8 |
| 24 | loveyangna7758 |
| 25 | lovezhao2013 |
| 26 | lsyphone |
| 27 | pearlstore2011 |
| 28 | pricekiller_2k |
| 29 | szsmmkj2016-lin |
| 30 | tinxi-clothes |
| 31 | tksmall |
| 32 | us-dbb-top |
| 33 | valuechoicemall2016 |
| 34 | weidandan1208 |
| 35 | woainitaitong |
| 36 | xenogard |
| 37 | xxxmall |
| 38 | yanghuiming77582014 |
| 39 | yhxgreg |
| 40 | yjpsky |
| 41 | yinhu999 | |

| No. | Defendant Marketplace URL |
|---|---|
| 1 | dgccdz.en.alibaba.com |
| 2 | bolaishi.en.alibaba.com |
| 3 | apexcase.en.alibaba.com |
| 4 | aixiangzhe.en.alibaba.com |
| 5 | qialino.en.alibaba.com |
| 6 | jencent.en.alibaba.com |
| 7 | xinhonglicases.en.alibaba.com |
| 8 | aliexpress.com/store/808935 |
| 9 | ebay.com/usr/2012buy-from-us |
| 10 | ebay.com/usr/8cn6365 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 11 | ebay.com/usr/chellin2014 | 12 | ebay.com/usr/digitalzone88 |
| 13 | ebay.com/usr/gimipower | 14 | ebay.com/usr/goodluckybead |
| 15 | ebay.com/usr/greensummon_v | 16 | ebay.com/usr/greenworld2014 |
| 17 | ebay.com/usr/hotgadgetbay | 18 | ebay.com/usr/irene918 |
| 19 | ebay.com/usr/jiande25 | 20 | ebay.com/usr/kakyo2016 |
| 21 | ebay.com/usr/kingwholestore | 22 | ebay.com/usr/lbsphone |
| 23 | ebay.com/usr/lifeng2017z_8 | 24 | ebay.com/usr/loveyangna7758 |
| 25 | ebay.com/usr/lovezhao2013 | 26 | ebay.com/usr/lsyphone |
| 27 | ebay.com/usr/pearlstore2011 | 28 | ebay.com/usr/pricekiller_2k |
| 29 | ebay.com/usr/szsmmkj2016-lin | 30 | ebay.com/usr/tinxi-clothes |
| 31 | ebay.com/usr/tksmall | 32 | ebay.com/usr/us-dbb-top |
| 33 | ebay.com/usr/valuechoicemall2016 | 34 | ebay.com/usr/weidandan1208 |
| 35 | ebay.com/usr/woainitaitong | 36 | ebay.com/usr/xenogard |
| 37 | ebay.com/usr/xxxmall | 38 | ebay.com/usr/yanghuiming77582014 |
| 39 | ebay.com/usr/yhxgreg | 40 | ebay.com/usr/yjpsky |
| 41 | ebay.com/usr/yinhu999 | | |