UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DONGGUAN CHENGCHUN ELECTRONIC TECH CO., LTD., et al., <br><br> Defendant | Case No.: 17-cv-06009 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Susan E. Cox** <br><br> Date: Sept. 6, 2017 <br> Time: 9:00 am <br> Courtroom: 1441 |

**DECLARATION OF IVAN POSEY IN SUPPORT OF SHENZHEN
SAILVAN NETWORK TECHNOLOGY LTD.'S MEMORANDUM OF
POINTS AND AUTHORITIES IN OPPOSITION OF
<u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Ivan Posey, Declare as follows:

1. I am a Partner of Leech Tishman Fuscaldo & Lampl, Inc., IP counsel for Shenzhen Sailvan Network Technology Ltd. (Sailvan). I have personal knowledge of the facts stated in this Declaration and if called to testify, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of what my client, Sailvan, informs me is a dump of eBay sales for the accused product listings in this case.

3. My client, Sailvan, informed me that it was not until on or around August 24, 2017 that it received a first email from Plaintiffs' attorneys, informing it of this case, and Sailvan informed me of the case on August 24.

4. Plaintiff's counsel told me that it seized more than $60,000 of Sailvan's Paypal funds.

5. Sailvan has informed me that the accounts controlled by Sailvan named in the

Complaint are "Digitalzone88" and "tinxi-clothes", and are used for commerce on many sales listings by Sailvan, apart from those two $1.68 sales in Exhibit 1 that are likely to Plaintiffs.

6. Sailvan informed me that it has already removed the accused listings has not shipped any accused products apart from the two products sold at $1.68 each, apparently to Plaintiffs only.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct and this declaration was executed by me on this 4th day of September 4, 2017, at Los Angeles, California.

_____
Ivan Posey

# EXHIBIT 1

| account | Item ID | Selling Price(USD) | Qty Sold |
|---|---|---|---|
| digitalzone88 | 132267288460 | 1.68 | 1 |
| tinxi-clothes | 372018338889 | 1.68 | 1 |