# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., | Case No. 17-cv-06009 |
| Plaintiffs, | **Judge Thomas M. Durkin** |
| v. | **Magistrate Judge Susan E. Cox** |
| DONGGUAN CHENGCHUN ELECTRONIC TECH CO., LTD., et al., | |
| Defendants. | |

## NOTICE OF SETTLEMENT AND
## AGREEMENT TO EXTEND TEMPORARY RESTRAINING ORDER

Plaintiffs Otter Products, LLC ("OtterBox") and Treefrog Developments, Inc. ("Treefrog") (together, "Plaintiffs") and Defendants digitalzone88 and tinxi-clothes ("Defendant") (collectively, the "Parties") hereby notify this Court that they have reached an agreement to settle this matter, and are memorializing the agreement into writing.

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, the Parties have agreed to a further extension of fourteen (14) days of the Temporary Restraining Order [28]. As such, the Parties respectfully request that the Court enter and continue the pending Motion for Entry of a Preliminary Injunction [30] as to Defendants for fourteen (14) days.

Dated this 15th day of September 2017.   Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiffs Otter Products, LLC and Treefrog Developments, Inc.*


/s/ Christopher Ray Hughes
Christopher Ray Hughes
Leech Tishman Fuscaldo & Lampl, LLC
2215 York Road, Suite 310
Oak Brook, Illinois 60523
630.505.1600
rhughes@leechtishman.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 6 to the Declaration of Kevin S. McPherson and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiffs Otter Products, LLC and Treefrog Developments, Inc.*